IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| CHANZE LAMOUNT PRINGLER, | ) | |
| | ) | |
| Movant, | ) | CIVIL ACTION NO. |
| | ) | 5:16-CV-0008-C |
| v. | ) | CRIMINAL NO. |
| | ) | 5:11-CR-0040-C |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should deny Movant's claim that counsel provided ineffective assistance with respect to the Government's plea offer and that Movant's Motion under Section 2255 should be dismissed. Movant has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Movant's claim for ineffective assistance of counsel with respect to the Government's plea offer is hereby **DENIED** and Movant's Motion under Section 2255 is **DISMISSED** with prejudice.

SO ORDERED this 29th day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE